FILED
CLERK, U.S. DISTRICT COURT

JAN - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>          Petitioner,<br><br>     v.<br><br>ARCOLA WASHINGTON-ADDUCI,<br><br>          Respondent. | NO. CV 11-5898-JAK(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 1/3/12

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE